UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
BOSTON

Chapter 13

In re: JOHN R DALFERRO

Case Number: 19-13581 MSH

DEBTOR

## WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE FOR PREPETITION TAX RETURNS

Please take notice that based upon further information provided by the debtor, Christopher C. Harding, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Unfiled Prepetition Tax Return Notice By Commissioner Of Massachusetts Department of Revenue.*

CHRISTOPHER C. HARDING
COMMISSIONER
MASSACHUSETTS DEPARTMENT OF REVENUE

**By his duly authorized agent,**

/s/ Jimmy Wong
**MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT - COLLECTIONS BUREAU
100 CAMBRIDGE STREET, PO BOX 9564
BOSTON, MASSACHUSETTS 02114-9564
(617) 626-3875**



Christopher C. Harding
Commissioner

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

**100 CAMBRIDGE STREET - 7th FLOOR, BOSTON**
**PO BOX 9564, BOSTON, MASSACHUSETTS 02114-9564**
Phone: (617) 626-3875    Fax: (617) 626-3796

In re: JOHN R DALFERRO

Chapter 13
Case Number: 19-13581 MSH

### CERTIFICATE OF SERVICE

I, Jimmy Wong, hereby certify that I have caused the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal Notice of Unfiled Prepetition Tax Returns and Request For The Same Pursuant To 11 U.S.C. Section 1308, to be served by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

KATHLEEN L. KANE
45 PEARL AVE
WINTHROP, MA 02152-0000

Chapter 13 Trustee
PO BOX 8250
BOSTON, MA 02114

/s/ Jimmy Wong
MASSACHUSETTS DEPARTMENT OF REVENUE
12/04/2019