# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: John Dalferro ) | |
| ) | Chapter 13 |
| ) | |
| ) | Case # 19-13581-MSH |
| ) | |

## DEBTOR'S MOTION TO APPROVE AGREED ORDER
## REGARDING TRUSTEE'S MOTION TO DISMISS

And now comes John Dalferro (Debtor) and respectfully requests that this Court enter an Order approving the attached Agreed Order Regarding Trustee's Motion to Dismiss:

1. On December 14, 2021, the Parties signed an agreed order, which is attached to this Motion, relative to the Trustee's Motion to Dismiss. The Parties request that this Honorable Court approve the Agreed Order.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order approving the Agreed Order.

                                          Respectfully submitted,
                                          John Dalferro
                                          By his attorney,

                                          */s/ Kathleen L. Kane*
                                          Kathleen L. Kane, BBO No. 660175
                                          45 Pearl Avenue
                                          Winthrop, MA 02152
                                          (617) 846-4975

Dated: December 14, 2021

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: John Dalferro
Debtor(s),

Chapter 13
Case No. 19-13581-MSH

## AGREED ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

CAME ON FOR CONSIDERATION the Chapter 13 Trustee's Motion to Dismiss ("Motion") the case of the above captioned debtor(s), and it appearing that the parties have reached an agreement as to the Motion, it is hereby

**ORDERED THAT IF THE DEBTOR FAILS: I) TO PAY TO THE TRUSTEE BY CERTIFIED FUNDS, BANK CHECK, MONEY ORDER OR ELECTRONIC PAYMENT THROUGH TFS (AN AUTHORIZED THIRD PARTY PAYEE) THE SUM OF $ 3,176.76 \* ON OR BEFORE 6-14-2022 ; AND IN ADDITION II) TO REMAIN CURRENT DURING THE PENDENCY OF THIS AGREED ORDER ON THE MONTHLY PAYMENT OF $ 715 TO THE TRUSTEE, THE COURT MAY DISMISS THIS CHAPTER 13 CASE UPON THE TRUSTEE'S FILING OF AN AFFIDAVIT OF NON-COMPLIANCE.**

_____
United States Bankruptcy Judge

AGREED TO AS TO SUBSTANCE AND FORM:

Carolyn A. Bankowski
Standing Chapter 13 Trustee

/s/
By: _____
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

Debtor/Debtor's Attorney

By: _____

\* Payments must be received at P.O. Box 1131, Memphis, TN 38101-1131 by the date indicated. Unless otherwise noted, the arrearage amount does not include the current month.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In Re: John Dalferro )
) Chapter 13
)
) Case # 19-13581-MSH
)

## CERTIFICATE OF SERVICE

I, Kathleen L. Kane, attorney for Debtor, hereby certify that I have served a true and correct copy of the Debtor's Motion to Approve Agreed Order upon the following parties and upon the parties listed on the attached page by first class mail, postage prepaid, or electronically via the Court's CM/ECF system.

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office and Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee
PO Box 8250
Boston, MA 02114

John Dalferro
379 Main Street
Norwell. MA 02061

Signed under the pains and penalties of perjury this 14th day of December, 2021.

/s/ Kathleen L. Kane
Kathleen L. Kane, BBO No. 660175
45 Pearl Avenue
Winthrop, MA 02152
(617) 846-4975
KKaneLaw@comcast.net

Bayview Loan Servicing
4425 Ponce de Leon Blvd
5th Floor
Miami, FL 33146

Donna M Dalferro
379 Main Street
Norwell, MA 02061

MEFA
PO Box 61047
Harrisburg, PA 17106

Santander Bank
c/o Bendett & McHugh
270 Farmington Avenue
Suite 151
Farmington, CT 00603

Wells Fargo
PO Box 17900
Denver, CO 80217