**Fill in this information to identify the case:**

Debtor 1: John R Dalferro

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of MA (State)

Case number: 19-13581

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Santander Bank, N.A.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 3 6 0 9

**Date of payment change:** 07/16/22
Must be at least 21 days after date of this notice

**New total payment:** $ 442.21
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ■ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ■ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: number of days in the month changes the amount due

   Current mortgage payment: $ 427.94    New mortgage payment: $ 442.21

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| Debtor 1 | John R Dalferro | Case number (if known) | 19-13581 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Miguelina Candelario*
Signature

Date 06/27/2022

Print: Miguelina Candelario
First Name   Middle Name   Last Name

Title: Bankruptcy Administrator

Company: Santander Bank, N.A.

Address: 450 Penn Street
Number   Street

Reading   PA   19602
City   State   ZIP Code

Contact phone (484) 512-3530

Email: DeftBkr@santander.us

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Account Number: | |
| Statement Period From: | 05/20/2022 |
| Statement Period Through: | 06/19/2022 |
| Days in Statement Period | 31 |
| Current Balance | 193,352.17 |
| Credit Line Amount: | 0.00 |
| Available Credit | 0.00 |
| **Minimum Payment:** | 19,218.08 |
| **Payment Due Date:** | 07/16/2022 |

JOHN R DALFERRO
DONNA M DALFERRO
379 MAIN ST
NORWELL, MA 02061-2400

**IMPORTANT MESSAGES**

| | | | |
|---|---:|---|---:|
| Principal Due | $0.00 | Beginning Balance | $192,909.96 |
| **INTEREST CHARGE** Due | **$442.21** | Advances | $0.00 |
| Past Due Amount | $10,870.88 | Payments Received | $0.00 |
| Late Charges Due | $0.00 | **INTEREST CHARGE** | **442.21** |
| Fees Due | $7,904.99 | | |
| **Total Minimum Payment Due** | **$19,218.08** | Ending Balance | $193,352.17 |
| | | Unapplied Credit Balance | 273.26 |

**SUMMARY OF REVOLVING ACCOUNT BALANCE**

| | | | |
|---|---:|---|---:|
| Periodic Rate From | 05/20/2022 | Periodic **INTEREST CHARGE** | $442.21 |
| Periodic Rate Through | 06/19/2022 | **ANNUAL PERCENTAGE RATE** | 2.9900 |
| Payment Amount | 442.21 | | |
| Daily Periodic Rate* | .0000819178 | | |
| Balance Subject to Interest Rate | $174,134.09 | Ending Principal | $174,134.09 |

   * The daily periodic rate may vary

**TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT**

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---:|---:|
| | 05/20/2022 | BEGINNING PRINCIPAL | | 174,134.09 |
| | 06/19/2022 | ENDING PRINCIPAL | | 174,134.09 |

****************************************** **FEES** ******************************************
                          TOTAL FEES THIS PERIOD                                    0.00

****************************************** **INTEREST CHARGED** ******************************************
                          TOTAL INTEREST THIS PERIOD                              442.21

****************************************** **2022 TOTALS YEAR-TO-DATE** ******************************************
                          TOTAL FEES CHARGED                                        0.00
                          TOTAL INTEREST CHARGED                                2,451.86

*Please return this portion with your check*

| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 07/16/2022 | 19,218.08 | |

JOHN R DALFERRO
DONNA M DALFERRO
379 MAIN ST
NORWELL, MA 02061-2400

*Make Check Payable To:*

SANTANDER BANK, N.A.
P.O. BOX 16255
READING, PA 19612-6255

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  
    John R Dalferro

Debtor

_____/

Ch 13  
Case No. 19-13581  
Honorable Christopher J Panos

## CERTIFICATE OF SERVICE

    I, Miguelina Candelario of Santander Bank, N.A., do hereby certify that on June 27, 2022, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 27th day of June 2022.

*Miguelina Candelario*  
Miguelina Candelario  
Santander Bank, N.A.  
Bankruptcy Administrator  
450 Penn Street  
Reading, PA 19602  
(484) 512-3530  
Email: DeftBkr@santander.us

VIA US MAIL  
John R Dalferro  
379 Main Street  
Norwell, MA 02061

VIA ECF  
Carolyn Bankowski  
13trustee@ch13boston.com

Bayview Loan Servicing, LLC c/o Andrew S. Harmon  
mabk@harmonlaw.com

Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC c/o Joseph Dolben  
mabk@harmonlaw.com

Kathleen L. Kane  
Kkanelaw@comcast.net

Federal Home Loan Mortgage Corporation c/o Reneau J. Longoria  
rjl@dgandl.com

John Fitzgerald  
USTPRegion01.BO.ECF@USDOJ.GOV

MEFA c/o Melissa Donohoe Dixon  
melissa@donohoelawpc.com

# OFFICIAL LOCAL FORM 7
## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:
John R Dalferro                                                                    Bk. No. 19-13581
Debtor,                                                                            Chapter 13

### DECLARATION RE: ELECTRONIC FILING

### PART I - DECLARATION

I, Miguelina Candelario, hereby declare(s) under penalty of perjury that all of the information contained in my Notice of Mortgage Payment Change (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 06/27/2022

_Miguelina Candelario_
(Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed: _____
(Attorney for Affiant - /s/used by Registered ECF Users Only)